704

*Harry P. Warner* for appellee.

No. 729. CITY OF RICHMOND ET AL. *v.* DEANS.

Jurisdictional Statement submitted May 5, 1930. Decided May 19, 1930. *Per Curiam:* Decree affirmed. *Buchanan* v. *Warley,* 245 U. S. 60; *Harmon* v. *Tyler,* 273 U. S. 668. *Mr. James E. Cannon* for appellants. *Mr. Alfred E. Cohen* for respondent.

No. 492. POE, COLLECTOR OF INTERNAL REVENUE, *v.* SEABORN. May 26, 1930. The joint motion for a writ of certiorari to bring up the entire record and cause is granted. *Solicitor General Thacher* for Poe. *Messrs. George Donworth, Elmer E. Todd,* and *Frank E. Hohman* for Seaborn.

No. 882. GOODELL, COLLECTOR OF INTERNAL REVENUE, *v.* KOCH. May 26, 1930. The joint motion for a writ of certiorari to bring up the entire record and cause is granted. *Solicitor General Thacher* for Goodell. *Messrs. E. E. Ellenwood* and *Blaine B. Shimmel* for Koch.